UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 7:16-MJ-1009-RN
No. 7:16-MJ-1010-RN
No. 7:16-MJ-1011-RN

| | |
|---|---|
| IN THE MATTER OF APPLICATIONS OF ) <br> THE UNITED STATES OF AMERICA ) <br> FOR VARIOUS SEARCH WARRANTS ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the above-captioned matters are hereby ORDERED unsealed. SO ORDERED.

12-20-16
DATE

Hon. Terrence W. Boyle
United States District Judge